UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 5:25-cv-01789-ODW (FRMx) | Date | August 25, 2025 |
|---|---|---|---|
| Title | *Jorge Arrazola-Gonzalez et al. v. Kristi Noem et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**            **In Chambers**

     Petitioners Jorge Arrazola-Gonzalez and Oswaldo Gonzalez were arrested by immigration as part of a widescale immigration enforcement action in Los Angeles County. (First Am. Pet. ¶¶ 1–2, ECF No. 7.) Petitioners were detained at the Adelanto immigration detention center and were denied bond redeterminations hearings based on a "new agency policy" that categorized them as "applicants for admission . . . ineligible for bond redetermination hearings" under 8 U.S.C. § 1225(b)(2)(A). (*Id.* ¶¶ 5, 15–16.)

     On August 11, 2025, Petitioners filed a First Amended Petition for Writ of Habeas Corpus on the grounds that their detention violates 8 U.S.C. § 1226(a); the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2); and their Fifth Amendment Right to Due Process. (*Id.* ¶¶ 52–61.) On August 12, 2025, Petitioners filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause ("TRO"). (TRO, ECF No. 8.)

     On August 15, 2025, the Court granted the TRO. (Order Granting TRO, ECF No. 10.) The Court ordered Respondents to provide each Petitioner with an individualized bond redetermination hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the order and enjoined Respondents from relocating Petitioners outside of the Central District of California pending final resolution of this case. (*Id.* at 6.) The Court also ordered Respondents to show cause in writing why the Court should not issue a preliminary injunction. (*Id.*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 5:25-cv-01789-ODW (FRMx) | Date | August 25, 2025 |
|---|---|---|---|
| Title | *Jorge Arrazola-Gonzalez et al. v. Kristi Noem et al.* | | |

    The parties responded to the Court's order to show cause. (Resp'ts' Opp'n, ECF No. 11; Pet'rs' Reply, ECF No. 14; Resp'ts' Suppl. Opp'n, ECF No. 15.) Respondents argue that there is no longer a live controversy as Petitioners were provided bond hearings and granted release on bond. (Resp'ts' Suppl. Opp'n 1.) Petitioners now seek a preliminary injunction to enjoin Respondents from re-detaining them "during the course of the pending litigation." (Pet'rs' Reply 1.)

    "A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries." *United States v. Alder Creek Water Co.*, 823 F.2d 343, 345 (9th Cir. 1987); *see also NASD Disp. Resol., Inc. v. Jud. Council*, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding the appeal to be moot when plaintiffs were already granted the relief that they sought). Here, Petitioners seek injunctive relief to be provided bond hearings before an immigration judge, (TRO 2), and there is no dispute that they have been granted this relief, (Pet'rs' Reply 1). Petitioners argue that there is still a live controversy because Respondents "have not disavowed" the New Policy. (*Id.* at 3.) Claims for injunctive relief requires that plaintiff "demonstrate a *real or immediate threat* of irreparable injury." *Hangarter v. Provident Life & Acct. Ins. Co.*, 373 F.3d 998, 1021 (9th Cir. 2004). Here, Petitioners fail to demonstrate that they face real or immediate threat of re-detention without bond. Accordingly, the Court **DENIES AS MOOT** Petitioners' request for preliminary injunction and **VACATES** the preliminary injunction hearing on this case. Petitioners may seek relief from the Court should they be re-detained by immigration officials and held without bond pursuant to the New Policy.

    **IT IS SO ORDERED.**

                                                                                                                         : 00

                                                       Initials of Preparer    SE